[No. 44365.   En Banc.   May 25, 1978.]

WASHINGTON STATE PUBLIC EMPLOYEES' BOARD, *Respondent*, v. ROBERT T. COOK, ET AL, *Respondents*, GLADYS MATTHEWS, *as Administratrix, Appellant.*

*Black, Christensen & Nielsen, Inc., P.S.,* by *Quinton D. Christensen,* for appellant.

*Rudolf V. Mueller,* for respondents.

PER CURIAM.—An opinion was filed in this cause on January 7, 1977, reversing the trial court, and holding that the

appellant administratrix was entitled to accumulated contributions to the Washington Public Employees' Retirement System. On September 2, 1977, this court granted the respondents' petition for rehearing.

Upon rehearing, the court adheres to and adopts that opinion heretofore filed on January 7, 1977, and reported at 88 Wn.2d 200, 559 P.2d 991.